IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CAROLYN MIDKIFF, ) | |
| ) | Case No. 4:07CV00017 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S HOME CENTERS, INC., ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |

Before me now is the Defendant's Motion for Summary Judgment or, in the alternative, to Stay Proceedings. For the reasons stated in the accompanying Memorandum Opinion, the Defendant's Motion to Stay Proceedings is **GRANTED**. Proceedings on this case are **STAYED** pending the outcome of the proceedings in the United States Bankruptcy Court of the District of Delaware. The Clerk is directed to send a certified copy of this Order and the attached Memorandum Opinion to all counsel of record.

ENTERED this 30th day of July, 2007.

s/Jackson L. Kiser
Senior United States District Judge

1